IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS, INC, *et. al.*, | ) ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| CITY OF DALLAS TEXAS, | ) ) | |
| Defendant. | ) ) | **(EVIDENTIARY HEARING REQUESTED)** |

Now come the Plaintiffs, by and through their counsel, and respectfully move the Court, pursuant to Fed. R. Civ. P. 65, for a temporary restraining order and, thereafter, a preliminary injunction restraining and enjoining the defendant, its officers, agents, servants, attorneys and those acting in concert and participation with them who receive actual notice of the order, by personal service or otherwise, from enforcing a provision of the Ordinance, adopted by the Dallas City Council on January 26, 2022, which amended Chapter 41A of the Codified Ordinances of the City of Dallas, by *inter alia*, requiring sexually oriented businesses subject to that chapter's provisions to close between the hours of 2:00 a.m. and 6:00 a.m. each day, against Plaintiffs.

Plaintiff ACE is a trade association whose members include adult bookstores, adult arcades, and adult cabarets that are located in the City of Dallas. The remaining Plaintiffs are individual members of ACE that operate sexually oriented businesses in the City of Dallas. For many years,

members of ACE and the individual plaintiffs have operated past 2:00 a.m., disseminating constitutionally protected sexually oriented expression during the late night hours.

The compelled closure of ACE's members' and the named Plaintiffs' businesses will result in the complete loss of their First and Fourteenth Amendment rights to sell and present constitutionally protected media and performances during those hours, which all of the Plaintiffs have heretofore exercised.

In addition to the loss and deprivation of their constitutional rights, other effects will flow from the substantial curtailment of the hours that they may be open. More particularly, as a direct and proximate result of the forced closure of the Plaintiffs' businesses, a substantial number of adult citizens will no longer be able to purchase, view and avail themselves of the constitutionally protected expression that the Plaintiffs offer.

The curtailment of hours will also detrimentally affect the Plaintiffs' businesses, and their employees and contractors. Compelling the Plaintiffs to close between 2:00 and 6:00 a.m., when a large number of patrons are arriving at and patronizing their establishments, will result in a substantial loss of revenue and cause numerous employees and contract entertainers who work during those hours to lose their livelihoods.

Accordingly, Plaintiffs filed this action challenging the constitutionality of this content based Ordinance and specifically move this Court for a temporary restraining order and then, a preliminary injunction enjoining the enforcement of its hours of operation restriction for sexually oriented businesses against Plaintiffs.

An evidentiary hearing on the motion for a preliminary injunction is hereby requested and

brief in support is submitted contemporaneously.

                                                        Respectfully submitted,

                                                        SHEILS WINNUBST
                                                        A Professional corporation

By:    /s/ Roger Albright
          Roger Albright
          State Bar No. 00974580)
          T.Craig Sheils
          State Bar No. 18187350
          1701 N. Collins Boulevard, Suite 1100
          Richardson, Texas 75080
          Telephone: (972) 644-8181
          Facsimile: (972) 644-8180
          roger@sheilswinnubst.com
          craig@sheilswinnubst.com

          /s/ J. Michael Murray
          J. MICHAEL MURRAY
          (Ohio Bar No. 0019626)
          jmmurray@bgmdlaw.com
          BERKMAN, GORDON, MURRAY & DeVAN
          55 Public Square, Suite 2200
          Cleveland, Ohio 44113-1949
          (216) 781-5245
          (216) 781-8207 (Facsimile)

          Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), this motion will be opposed. A conference was held on January 25, 2022. Attorney Roger Albright, on behalf of the plaintiffs, conferred with Attorney Stacy Rodriguez on behalf of the City of Dallas. An agreement could not be reached between the parties because of their differing views over the constitutionality of the Ordinance at issue.

By: /s/ Roger Albright
Roger Albright (00974580)
One of the attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on the Defendant along with and at the same time as the summons and complaint.

By: /s/ Roger Albright
Roger Albright (00974580)
One of the attorneys for Plaintiffs