IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS, INC., et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | Civil Action No. 3:22-cv-00177-M |
| v. | | |
| CITY OF DALLAS TEXAS, | | |
| Defendant. | | |

## ORDER

Before the Court is the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 3). The Court **SETS** a virtual hearing on the Motion for **January 28, 2022, at 2:00 p.m.** The Zoom login information will be circulated to the parties before the hearing. The parties should be prepared to argue the Motion.

**SO ORDERED**.

January 26, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE