IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS, INC, *et. al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No.3:22-CV-00177-M |
| v. | ) ) | |
| CITY OF DALLAS TEXAS, Defendant. | ) ) ) | |

JOINT MOTION FOR CONTINUANCE OF PRELIMINARY INJUNCTION HEARING

COME NOW Plaintiffs, Association of Club Executives of Dallas, Inc., Nick's Mainstage, Inc.,Dallas PT's, dba PT's Mens Club -, Fine Dining Club, Inc.,dba Silver City, TMCD Corporation, dba The Mens Club of Dallas, 11000 Reeder, LLC, dba Bucks Wild, AVM-AUS, Ltd., dba New Fine Arts Shiloh  (collectively, "Plaintiffs") and the City of Dallas ("Defendant"), submits to the Court their Joint Motion for Continuance of Preliminary Injunction Hearing:

1. On January 28, 2022, the Court heard Plaintiffs' Motion for Temporary Restraining Order. Based upon Defendant's representation to the Court that the Dallas Police Department intended to notify the sexually oriented businesses affected by the passage of the ordinance that is the subject of the lawsuit before enforcing it, which would likely take two weeks, the Court entered an order denying the temporary restraining order without prejudice and set the Preliminary Injunction Hearing for on or before February 10, 2022 (the "Order").

2. In addition, in accordance with the Court's authority under the *Federal Rules of Civil Procedure,* the Court permitted discovery prior to the Rule 26 Conference which enabled the parties to take the necessary steps to present their case at the Preliminary Injunction hearing. The

parties have a conferred regarding discovery and believe that in order to gather and produce the requested documents and information, as well as conduct the depositions of key individuals with knowledge as requested, additional time is needed.

3. Accordingly, good cause exists to continue the preliminary injunction hearing and request is made that the preliminary injunction hearing be set after March 7, 2022, on the first available date for a full-day in-person hearing.

4. Defendant agrees that the portion of the ordinance that is the subject of this lawsuit will not be enforced prior to a ruling on the Motion for Preliminary Injunction hearing, provided that the hearing on said motion occur on or before the first available date for a full-day in-person hearing after March 7, 2022.

Respectfully submitted,

SHEILS WINNUBST
A Professional Corporation

By:   */s/ Roger Albright*
      T. Craig Sheils
      State Bar No. 18187350
      Roger Albright
      State Bar No. 00974580
      Latrice E. Andrews
      State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
Email:  *craig@sheilswinnubst.com*
Email:  *roger@sheilswinnubst.com*
Email:  *latrice@sheilswinnubst.com*

AND

*/s/ J. Michael Murray*
J. MICHAEL MURRAY
(Ohio Bar No. 0019626)
jmmurray@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113-1949
(216) 781-5245
(216) 781-8207 (Facsimile)

Counsel for Plaintiffs

AND

Christopher J. Caso
City Attorney

/s/ Stacy Jordan Rodriguez
ANN "ANA" MARIE JORDAN
Assistant City Attorney
Texas State Bar No. 00790748
Ann.jordan@dallascityhall.com

STACY JORDAN RODRIGUEZ
Executive Assistant City Attorney
Texas State Bar No. 11016750
stacy.rodriguez@dallascityhall.com

KATHLEEN M. FONES
Assistant City Attorney
Texas State Bar No. 24050611
kathleen.fones@dallascityhall.com

Dallas City Attorney's Office
1500 Marilla Street 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622
Attorney for Defendant

## CERTIFICATE OF SERVICE

       On the 2nd day of February, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

                                          */s/ Roger Albright*
                                          Roger Albright