# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC., et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:22-cv-00177-M |
| v. | § § | |
| CITY OF DALLAS TEXAS, | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the Joint Motion for Continuance of Preliminary Injunction Hearing (ECF No. 13). The Motion is GRANTED. The hearing on the Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) is set for **March 7, 2022, at 9:00 a.m.,** subject to a pending criminal case that the Court expects to resolve, in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

**SO ORDERED**.

February 3, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE