IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC, et al., | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:22-cv-00177-M |
| v. | § § | |
| CITY OF DALLAS TEXAS, | § § | |
| Defendant. | § § | |

## ORDER

The hearing on the Plaintiff's Motion for Preliminary Injunction (ECF No. 3) is continued to March 23, 2022, at 9:30 a.m. The parties should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

**SO ORDERED**.

March 21, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE