IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC et al., | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | Civil Action No. 3:22-cv-00177-M |
| v. | | |
| CITY OF DALLAS TEXAS, | | |
| Defendant. | | |

## ORDER

On April 21, 2022, the Supreme Court issued its opinion in *City of Austin, Texas v. Reagan National Advertising of Austin, LLC*, 596 U.S. ___ (2022) (slip op.).  By April 28, 2022, the parties shall submit comments, not to exceed five pages per side, on the impact on this case of the Supreme Court's decision in *Reagan.*

**SO ORDERED**.

April 21, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE