# Berkman, Gordon, Murray & DeVan
## Attorneys and Counselors at Law
### 55 PUBLIC SQ STE 2200
### CLEVELAND OH 44113-1949

J. MICHAEL MURRAY
MARK R. DeVAN
STEVEN D. SHAFRON
WILLIAM C. LIVINGSTON

· BERNARD A. BERKMAN
(1929-1985)

Fax (216) 781-8207
jmmurray@bgmdlaw.com

(216) 781-5245
www.bgmdlaw.com

May 17, 2022

Chief Judge Barbara M. G. Lynn
United States District Court
   for the Northern District of Texas
1100 Commerce Street, Room 1572
Dallas, Texas 75242-1003

    Re:    *Association of Club Executives of Dallas, Inc., et al. v. City of Dallas*
           *Civil Action No. 3:22-CV-00177-M*

Dear Chief Judge Lynn:

    Counsel for the Plaintiffs in the above-referenced cause are in receipt of the May 16, 2022 Letter to the Court [ECF No. 42] (the "Letter") filed by the City of Dallas (the "City"). Though Plaintiffs take no issue with the City notifying the Court of its desire to commence enforcement of the subject ordinance on May 26, 2022, as that was consistent with the Court's instructions, Plaintiffs do take issue with the extraneous, unsupported statements contained in the Letter.

    Therefore, Plaintiffs respectfully object to the information contained in the Letter beyond the mere notification of the City's desire to enforce the subject ordinance on a date certain. Specifically, Plaintiffs object to the City's attempt to submit additional evidentiary assertions concerning four alleged incidents claimed by the City to be related to sexually oriented businesses. No documents or other data have been produced to Plaintiffs by the City concerning these allegations. Plaintiffs also object because of the prejudicial nature of such surprise assertions that Plaintiffs have had no opportunity to review, rebut or investigate.

    Accordingly, as the evidence is closed as to the preliminary injunction hearing, the Letter is not a proper vehicle for reopening the evidentiary hearing on the pending motion.

    Thank you for your consideration of this letter.

                              Respectfully submitted,

                              */s/ J. Michael Murray*
                              J. MICHAEL MURRAY
                              (Ohio Bar No. 0019626)
                              jmmurray@bgmdlaw.com
                              BERKMAN, GORDON, MURRAY & DeVAN
                              55 Public Square, Suite 2200
                              Cleveland, Ohio 44113-1949
                              (216) 781-5245
                              (216) 781-8207 (Facsimile)

SHEILS WINNUBST
A Professional Corporation

By:     */s/ Roger Albright*
T. Craig Sheils
Texas State Bar No. 18187350
Roger Albright
Texas State Bar No. 00974580
Latrice E. Andrews
Texas State Bar No. 24063984
1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
Email:  *craig@sheilswinnubst.com*
Email:  *roger@sheilswinnubst.com*
Email:  *latrice@sheilswinnubst.com*

Counsel for Plaintiffs


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served via email (pursuant to consent for electronic service) on all counsel of

record the 17th day of May, 2022.


*/s/J. Michael Murray*
J. MICHAEL MURRAY (Ohio Bar No. 0019626)
jmmurray@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN

One of the attorneys for Plaintiffs