IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | Civil Action No. 3:22-cv-00177-M |
| v. | | |
| CITY OF DALLAS TEXAS, | | |
| Defendant. | | |

## PRELIMINARY INJUNCTION

Before the Court is the Motion for Preliminary Injunction (ECF No. 3), filed by Plaintiffs the Association of Club Executives of Dallas, Inc.; AVM-AUS, Ltd. d/b/a New Fine Arts Shiloh; Nick's Mainstage, Inc.–Dallas PT's, d/b/a PT's Men's Club; Fine Dining Club, Inc., d/b/a Silver City; 11000 Reeder, LLC, d/b/a Bucks Wild; and TMCD Corporation, d/b/a The Dallas Men's Club (collectively, "Plaintiffs"). For the reasons stated in the Court's May 24, 2022, Memorandum Opinion and Order, the Motion is GRANTED.

It is **ORDERED** that the City of Dallas, Texas, its officers, agents, servants, attorneys, and those acting in concert and participation with them, are hereby immediately enjoined and prohibited from enforcing § 41A-14.3 of the Dallas City Code of Ordinances, which restricts sexually oriented businesses, as defined in § 41A-2(31), from operating between the hours of 2 a.m. and 6 a.m.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs shall post a bond in the amount of $1.00. This preliminary injunction shall be effective

immediately upon posting by Plaintiffs of a security bond in the amount of $1.00, and shall remain in full force and effect unless otherwise ordered.

**SO ORDERED**.

May 24, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

2