IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ASSOCIATION OF CLUB EXECUTIVES  §
OF DALLAS, INC. et. al.,  §
     Plaintiffs,  §
 §     Civil Action No. 3:22-CV-00177-M
v.  §
 §
THE CITY OF DALLAS TEXAS,  §
    Defendant.  §

**DEFENDANT CITY OF DALLAS'S
NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292, notice is hereby given of Defendant City of Dallas's appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's interlocutory order granting Plaintiffs' Application for Preliminary Injunction and Brief in Support (ECF Nos. 3, 4) as reflected in its Memorandum Opinion and Order (ECF No. 45) and Preliminary Injunction (ECF No. 46) which were both entered on May 24, 2022.

Respectfully submitted on June 3, 2022,

Christopher J. Caso
City Attorney

*/s/ Ana Marie Jordan*
ANN "ANA" MARIE JORDAN
Assistant City Attorney
Texas State Bar No. 00790748
ann.jordan@dallascityhall.com

1

STACY JORDAN RODRIGUEZ
Executive Assistant City Attorney
Texas State Bar No. 11016750
stacy.rodriguez@dallascityhall.com

KATHLEEN M. FONES
Assistant City Attorney
Texas State Bar No. 24050611
kathleen.fones@dallascityhall.com

Dallas City Attorney's Office
1500 Marilla Street 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622

**Attorneys for Defendant**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 3, 2022, the foregoing document was served on counsel of record for Plaintiffs via the Court's electronic filing manager.

*/s/ Ana Marie Jordan*
Ana Marie Jordan

2