# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC et al., | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | Civil Action No. 3:22-cv-00177-M |
| v. | | |
| CITY OF DALLAS, TEXAS, | | |
| Defendant. | | |

## ORDER

On May 24, 2022, the Court granted Plaintiffs' Motion for Preliminary Injunction and Motion for Leave to File an Amended Complaint, and entered a preliminary injunction. ECF Nos. 45, 46. On June 3, 2022, Defendant the City of Dallas filed an interlocutory appeal of the Court's entry of a preliminary injunction, which is pending before the United States Court of Appeals for the Fifth Circuit. ECF No. 48.

This case is hereby **STAYED** pending resolution of Defendant's interlocutory appeal to the Fifth Circuit. This case is administratively closed pending further order from the Court.

**SO ORDERED**.

March 2, 2023.

_/s/ Barbara M. G. Lynn_
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1