IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS, INC, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALLAS TEXAS, <br><br> Defendant. | CIVIL ACTION NO. 3:22-cv-0177-M |

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through their counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 56, for partial summary judgment on their claims for declaratory and injunctive relief that Dallas Ord. 32125 is unconstitutional under the First and Fourteenth Amendments as applied to adult cabarets.

The ground for this motion is that there are no material facts in dispute and Plaintiffs are entitled to judgment as a matter of law.

I. SUMMARY

Plaintiffs move for partial summary judgment on their claims for declaratory and injunctive relief on the ground that, as to adult cabarets, the hours restriction set out in Ord. 32125 is unconstitutional under the First and Fourteenth Amendments because the applicability of the law to them depends on the effect the expression they present has on its patrons, i.e., its primary effect, and is subject to strict scrutiny, a standard that the law cannot survive.

_____
Plaintiffs' Motion for Partial Summary Judgment

## II. CLAIMS TO BE DECIDED

Each of the matters required by Local Rule 56.3(a) are set forth in Plaintiffs' Brief in Support of their Motion for Partial Summary Judgment (the "Brief"), filed contemporaneously with this motion, and incorporated herein by reference as if set forth in full.

In support of this motion, Plaintiffs rely on evidence introduced at the preliminary injunction hearing pursuant to Fed. R. Civ. P. 65(a)(2).

## III. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that the their motion be granted, and this matter proceed to trial as to the constitutionality of the hours restriction as applied to the adult bookstore/arcades, Section 5 of the Ordinance, which prohibits sexually oriented businesses from hiring adults who are 18, 19, or 20 years old to work or perform in them, and on the issue of compensatory damages. .

        Respectfully submitted,

        /s/ J. Michael Murray
        J. MICHAEL MURRAY
        (Ohio Bar No. 0019626)
        jmmurray@bgmdlaw.com
        BERKMAN, GORDON, MURRAY & DeVAN
        55 Public Square, Suite 2200
        Cleveland, Ohio  44113-1949
        (216) 781-5245 / (216) 781-8207 (Facsimile)

        SHEILS WINNUBST
        A Professional corporation
        ROGER ALBRIGHT
        State Bar No. 00974580
        T. CRAIG SHEILS

        State Bar No. 18187350
        LATRICE E. ANDREWS
        State Bar No. 24063984
        1701 N. Collins Boulevard, Suite 1100
        Richardson, Texas  75080
        (972) 644-8181 / (972) 644-8180 (Facsimile)
        roger@sheilswinnubst.com
        craig@sheilswinnubst.com
        latrice@sheilswinnubst.com

        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Motion for Partial Summary Judgment was filed on February 4, 2025, via the Court's ECF system. Parties will be notified of the filing through the Court's electronic filing system.

        /s/ J. Michael Murray
        J. Michael Murray (Ohio Bar No. 0019626)

        One of the Attorneys for Plaintiffs

_____
Plaintiffs' Motion for Partial Summary Judgment