IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALLAS, TEXAS, <br><br> Defendant. | § § § § § § § § § § § § Civil Action No. 3:22-cv-00177-M |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant City of Dallas, Texas respectfully moves the Court for an order pursuant to Fed. R. Civ. P. 56 granting the City summary judgment on all claims asserted in the Plaintiffs' Second Amended Complaint (ECF No. 90).

This motion incorporates, and is supported by, an accompanying brief and appendix. Pursuant to LR 56.3, the matters required by subsection (a) of that rule are set forth in the City's brief in support of summary judgment.

Dated: <u>February 4, 2025</u>    Respectfully submitted,

Tammy L. Palomino
City Attorney for the City of Dallas

<u>/s/*Stacy Rodriguez*      </u>
Stacy Jordan Rodriguez
Texas State Bar No. 11016750
Stacy.Rodriguez@dallas.gov
Executive Assistant City Attorney

Elizabeth Chandler
Texas State Bar No. 24097484

          Elizabeth.Chandler@dallas.gov
          Assistant City Attorney

          Dallas City Attorney's Office
          1500 Marilla St., Room 7DN
          Dallas, Texas 75201
          Phone: (214) 670-3519
          Fax:  (214) 670-0622

          /s/*Scott D. Bergthold*
          Scott D. Bergthold
          Tennessee State Bar No. 023186
          sbergthold@sdblawfirm.com
          Law Office of Scott D. Bergthold, P.L.L.C.
          2290 Ogletree Avenue, Suite 106
          Chattanooga, TN 37421
          Phone: (423) 899-3025

        **ATTORNEYS FOR DEFENDANT**

         **CERTIFICATE OF SERVICE**

  I certify that on February 4, 2025, I filed the foregoing document with the United States District Court for the Northern District of Texas via the Court's CM/ECF system, thereby serving all parties of record by operation of the CM/ECF system.

          /s/*Scott D. Bergthold*
          Scott D. Bergthold