# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CLUB EXECUTIVES OF DALLAS INC et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:22-cv-00177-M |
| v. | § § | |
| CITY OF DALLAS, TEXAS, | § § | |
| Defendant. | § § § | |

## ORDER

Oral argument is **SET** in this case for **April 28, 2025, at 9:30 a.m. CDT**. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas, 75242, and be prepared to argue the pending Partial Motion for Summary Judgment (ECF No. 113) filed by Plaintiffs, and the Motion for Summary Judgment (ECF No. 116) filed by Defendant.

In light of the pending Motions for Summary Judgment and the proximity to the trial date, the Court **VACATES** the trial setting in this case and all remaining deadlines. If appropriate, the Court will reset the trial setting and other deadlines after ruling on the pending Motions for Summary Judgment.

**SO ORDERED**.

April 2, 2025.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE